Nathaniel B. Smith, Esq.
111 Broadway - Suite 1305
New York, New York 10006
212-227-7062

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

WILLIAM KREGLER,                                                08-CV-6893

                Plaintiff,

                                          AFFIRMATION OF
      -against-                               SERVICE

THE CITY OF NEW YORK, et al,

                Defendants.
------------------------------------------------------------------X

      NATHANIEL B. SMITH, being an attorney admitted to practice law in this State and in this Court, hereby affirms under the penalty of perjury as follows:

    1. I am the attorney for the plaintiff in the above-referenced action; and

    2. On August 1, 2008, I personally served Defendant, The City of New York, with a true and correct copy of the summons and complaint by delivery of same to an agent of the Law Department of the City of New York, 100 Church Street, 4th Floor, New York, New York, who stated that she was authorized to accept the papers on behalf of the City of New York.

Dated: August 7, 2008

                                                             _____s/NBS_____
                                                             Nathaniel B. Smith (NS 4487)