Nathaniel B. Smith, Esq.
111 Broadway - Suite 1305
New York, New York 10006
212-227-7062
Attorney for Plaintiff William Kregler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------------X
WILLIAM KREGLER,

                    Plaintiff,

         -against-

THE CITY OF NEW YORK, LOUIS GARCIA, BRIAN
GROGAN, ROSE GILL HEARN, KEITH SCHWAM,
and DARREN KEENAGHAN, sued in their individually
and official capacities,

                    Defendants.
------------------------------------------------------------------X

08-cv-6893 (FM)

NOTICE OF APPEAL

     PLEASE TAKE NOTICE that plaintiff, William Kregler, in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Judgment, dated August 18, 2009 (Dkt. # 30), and the District Court's Decision and Order, dated August 14, 2009 (Dkt # 29), which granted the defendants' motion for to dismiss the amended complaint and denied the plaintiff's request for leave to amend the complaint. This appeal is taken from each and every adverse and related part of said Judgment, Decision and Order as well as all such prior rulings by the District Court related to or made in connection with the aforementioned papers, including the rulings made leading up to and during the course of the hearing conducted by the District Court on July 16, 2009.

Dated: September 9, 2009

                                                   LAW OFFICE OF
                                                   NATHANIEL B. SMITH

                                                   _____
                                                  Nathaniel B. Smith (NS4487)
                                                  111 Broadway - 13th Floor
                                                  New York, New York 10006
                                                  (212) 227-7062